# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** | 22-15710; 22-15732

**Case Name** | True Health Chiropractic, Inc., et al. v. McKesson Corp., et al

**Hearing Location** (*city*) | San Francisco

**Your Name** | Glenn L. Hara

List the sitting dates for the three sitting months you were asked to review:

Sept. 11-15, 2023
Oct. 2-6, 2023, Oct. 16-20, 2023
Nov. 6-9, 2023, Nov. 13-17, 2023

Do you have an unresolvable conflict on any of the above dates?  ● Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

October 16–17, 2023 (final approval brief due in Cin-Q Autos., Inc. v. BTL, No. 13-1592 (M.D. Fla.)),
November 13–17, 2023 (previously scheduled vacation)

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/Glenn L. Hara   **Date** | Jun 8, 2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　New 12/01/2018