UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)**  22-15710, 22-15732

**Case Name**  True Health Chiropractic, Inc., et al. v. McKesson Corporation, et al.

**Hearing Location** (*city*)  San Francisco

**Your Name**  Joseph R. Palmore

List the sitting dates for the three sitting months you were asked to review:

September 11-15, 2023
October 2-6, 2023 and October 16-20, 2023
November 13-17, 2023

Do you have an unresolvable conflict on any of the above dates?  ○ Yes   ⦿ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

N/A

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

⦿ Yes   ○ No

If yes, list the number, name, and hearing city of each of the other case(s):

*In re: Mariusz Klin, et al. v. Cloudera, Inc., et al.*, No. 22-16807, Hawaii, October 2-6, 2023

**Signature**  s/ Joseph R. Palmore     **Date**  June 12, 2023
(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**                                                                                  New 12/01/2018

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on June 12, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: June 12, 2023                           s/ Joseph R. Palmore
                                                Joseph R. Palmore