No. 22-15710, 22-15732

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

TRUE HEALTH CHIROPRACTIC, INC.,

*Plaintiff/Appellee*

MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC.,

individually and as representative of a class of similarly situated persons,

*Plaintiff/Appellee/Cross-Appellant,*

v.

MCKESSON, MCKESSON TECHNOLOGIES, INC.,

*Defendants-Appellants/Cross-Appellees.*

_____

Appeal from the United States District Court for the
Northern District of California, No. 4:13-cv-02219-HSG
(Hon. Haywood S. Gilliam, Jr.)

_____

## MOTION OF PLAINTIFFS/APPELLEES/CROSS-APPELLANT FOR EXTENSION OF TIME TO FILE PETITION FOR PANEL REHEARING AND REHEARING EN BANC

Pursuant to Federal Rules of Appellate Procedure 26(b), 35(c), and 40(a), Appellees/Cross-Appellants McLaughlin Chiropractic Associates, Inc. and True Health Chiropractic, Inc. respectfully request a 14-day extension of time, to and including Wednesday, November 22, 2023, to file a petition for panel rehearing and rehearing en banc. A rehearing petition is currently due Wednesday, November 8, 2023.

This is the first request for an extension of time to file a rehearing petition. Counsel for McKesson Corporation and McKesson Technologies, Inc. indicated that they do not oppose the requested extension.

Counsel have acted diligently and good cause exists for the requested extension. The additional time will allow Appellees/Cross-Appellants to fully analyze the panel's decision and determine whether there are appropriate grounds for seeking rehearing. *See* Fed. R. App. P. 35(b), 40(a)(2). In addition, counsel have several other matters pending in other courts, and the requested extension would be of great assistance. Among those pending matters, undersigned counsel has a response to a Motion to Dismiss Appeal due on November 9, 2023, in *Scoma Chiropractic, Inc. v. National Spine & Pain Centers, LLC*, No. 23-13087-F (11th Cir.), and a Motion for Final Approval of Class Action Settlement due November 17, 2023, in *Cin-Q Automobiles, Inc. v. Buccaneers Team Ltd.*, No. 8:13-cv-1592-AEP (M.D. Fla.).

For the foregoing reasons, Appellees/Cross-Appellants respectfully request that the Court grant an extension of time, to and including November 22, 2023, in which to file a rehearing petition.

Respectfully submitted,

/s/ Glenn L. Hara
Glenn L. Hara
Anderson + Wanca

3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  (847) 368-1500
Facsimile:   (847) 368-1501
ghara@andersonwanca.com

# DECLARATION OF GLENN L. HARA IN SUPPORT OF MOTION OF APPELLEES/CROSS-APPELLANTS FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING AND REHEARING EN BANC

I, Glenn L. Hara, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of Illinois and am admitted to practice before this Court. I am an attorney with the law firm of Anderson + Wanca and counsel of record for Appellees/Cross-Appellants, McLaughlin Chiropractic Associates, Inc. and True Health Chiropractic, Inc.

2. This is the first request for an extension of time to file a rehearing petition. A rehearing petition is currently due November 8, 2023.

3. Appellees/Cross-Appellants respectfully request a 14-day extension of time, to and including November 22, 2023, in which to file their petition.

4. Although counsel have acted diligently, there is good cause for an extension of time. The additional time will allow counsel to fully analyze the panel's decision and determine whether there are appropriate grounds for seeking rehearing. See Fed. R. App. P. 35(b), 40(a)(2). In addition, counsel have several other matters pending in other courts, and the requested extension would be of great assistance. Among those pending matters, undersigned counsel has a response to a Motion to Dismiss Appeal due on November 9, 2023, in *Scoma Chiropractic, Inc. v. National Spine & Pain Centers, LLC*, No. 23-13087-F (11th Cir.), and a Motion for Final Approval of Class Action Settlement due November

17, 2023, in *Cin-Q Automobiles, Inc. v. Buccaneers Team Ltd.*, No. 8:13-cv-1592-AEP (M.D. Fla.).

5. Counsel have exercised diligence, and if the extension is granted, counsel will not seek another extension to file a rehearing petition.

6. Counsel for Appellants/Cross-Appellees McKesson Corporation and McKesson Technologies, Inc. indicated to undersigned counsel that they do not oppose the requested extension.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 3, 2023              s/Glenn L. Hara
                                           Glenn L. Hara

## CERTIFICATE OF COMPLIANCE

I hereby certify that that the foregoing motion complies with the type-volume limitations of Federal Rules of Appellate Procedure 27 and 32 because it contains 238 words.

Dated: November 3, 2023              s/Glenn L. Hara