UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 20 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC, INC.; MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., individually and as representatives of a class of similarly situated persons, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> MCKESSON CORPORATION; MCKESSON TECHNOLOGIES, INC., <br><br> Defendants-Appellants. | No. 22-15710 <br><br> D.C. No. 4:13-cv-02219-HSG Northern District of California, Oakland <br><br> ORDER |
| TRUE HEALTH CHIROPRACTIC, INC., <br><br> Plaintiff, <br><br> and <br><br> MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., individually and as representatives of a class of similarly situated persons, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> MCKESSON CORPORATION; MCKESSON TECHNOLOGIES, INC., <br><br> Defendants-Appellees. | No. 22-15732 <br><br> D.C. No. 4:13-cv-02219-HSG |

Before: BOGGS,[*] S.R. THOMAS, and FORREST, Circuit Judges.

The panel has unanimously voted to deny Plaintiffs' Petition for Panel Rehearing. Judge Boggs and Judge Thomas recommend denying the Petition for Rehearing En Banc and Judge Forrest votes to deny. The full court has been advised of the Petition for Rehearing En Banc, and no Judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The Petition for Panel Rehearing or Rehearing En Banc is **DENIED**.

---

[*] The Honorable Danny J. Boggs, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.