# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 21, 2024

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

      Re: McLaughlin Chiropractic Associates, Inc.
           v. McKesson Corporation, et al.
           No. 23-1226
           (Your No. 22-15710, 22-15732)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 17, 2024 and placed on the docket May 21, 2024 as No. 23-1226.

                            Sincerely,

                            **Scott S. Harris**, Clerk

                            by

                            Redmond K. Barnes
                            Case Analyst